GILLIS *et al. v.* VICKERS, ordinary, *et al.*

HUTCHESON, Justice. Under the circumstances of this case, and on application of the principles ruled in *Aycock* v. *State ex. rel. Boykin,* 184 *Ga.* 709 (193 S. E. 264), the judgment refusing to enjoin the election of June 8, 1937, is  *Affirmed. All the Justices concur.*

No. 11957. NOVEMBER 12, 1937.

*R. B. Chastain* and *R. A. Moore,* for plaintiffs.

*Mingledorff & Roberts, M. J. Yeomans, attorney-general, W. H. Duckworth,* and *Dave M. Parker,* for defendants.